UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-05184-SVW-MRW | Date | December 22, 2022 |
|---|---|---|---|
| Title | Dharan Kumar v. Ally Financial Inc et al | | |

## JS-6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**    IN CHAMBERS ORDER CLOSING CASE

Case should have been closed on Dkt. Entry #33, dated October 17, 2022.

| | : |
|---|---|
| Initials of Preparer | PMC |